Argued and submitted December 15, 1986, resubmitted In Banc March 12, affirmed June 10, reconsideration denied September 24, petition for review denied November 17, 1987

RANDY WIGGETT,
*Petitioner,*

*v.*

OREGON STATE PENITENTIARY,
Corrections Division,
*Respondent.*

(03-86-176; CA A39957)

738 P2d 586

Steven H. Gorham, Salem, argued the cause and filed the brief for petitioner.

David L. Kramer, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Scott McAlister, Assistant Attorney General, Salem.

PER CURIAM

Warden, J., dissenting.

**WARDEN, J.,** dissenting.

I dissent for the same reasons stated in my dissent in *Wiggett (Eli) v. OSP,* 85 Or App 635, 738 P2d 580 (1987).

Joseph, Chief Judge, and Van Hoomissen, and Newman, Judges, join in this dissent.